IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TEXARKANA DIVISION

CARL EDWARD LONG                    §

VS.                                 §     CIVIL ACTION NO. 5:07cv176

KEITH ROY                           §

MEMORANDUM ORDER OVERRULING OBJECTIONS AND ADOPTING
THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Carl Edward Long, proceeding *pro se*, filed the above-styled lawsuit.  The court previously referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.  The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge concerning this matter.  The magistrate judge recommends that this matter be dismissed.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence.  Petitioner filed objections to the Report and Recommendation.

The court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law.  *See* FED. R.

CIV. P. 72(b).  After careful consideration, the court concludes
the objections are without merit.

<u>O R D E R</u>

Accordingly, petitioner's objections are **OVERRULED.**  The
findings of fact and conclusions of law of the magistrate judge
are correct and the report of the magistrate judge is **ADOPTED.**  A
final judgment will be dismissing this lawsuit.

**SIGNED this 17th day of January, 2008.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE